## PARVIN v. STATE.
No. 26173.

Court of Criminal Appeals of Texas.
Jan. 14, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is on a plea of guilty before the court for the offense of felony theft, the punishment being two years in the penitentiary.

No statement of facts or bills of exception are found in the record and the proceedings appear to be regular.

The judgment is affirmed.